# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————————

## No. 201600399

————————————————

## UNITED STATES OF AMERICA
Appellee

v.

## VICTOR ZUNIGA, JR.
Lance Corporal (E-3), U.S. Marine Corps
Appellant

————————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Michael D. Zimmerman, USMC.
Convening Authority: Commanding General, Marine Corps
Installations West-Marine Corps Base, Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Todd
Enge, USMC.
For Appellant: Lieutenant Commander Derek C. Hampton, JAGC,
USN.
For Appellee: Brian K. Keller, Esq.

————————————————

Decided 17 March 2017

————————————————

Before CAMPBELL, HUTCHISON, and LOCHNER, *Appellate Military Judges*

————————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court